# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE
November 19, 2013

## STATE OF TENNESSEE v. MARQUIS DASHAWN HENDRICKS

**Appeal from the Criminal Court for Knox County**
**No. 96532     Jon Kerry Blackwood, Judge**

_____

**No. E2013-00346-CCA-R3-CD - Filed April 3, 2014**

_____

JAMES CURWOOD WITT, JR., J., dissenting.

Respectfully, the facts of this case in the light most favorable to the State do not establish the first degree murder element of premeditation. The evidence does establish a knowing killing, and so I would impose a conviction of second degree murder and would remand for sentencing.

_____
JAMES CURWOOD WITT, JR., JUDGE